**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| ANNA STONE | * | |
| | * | |
| PLAINTIFF | * | |
| VS. | * | CIVIL ACTION NO. _____ |
| | * | |
| CREDITORS FINANCIAL GROUP LLC | * | COMPLAINT AND |
| | * | DEMAND FOR A JURY TRIAL |
| DEFENDANTS | * | |

**COMPLAINT**

I. Introduction

1.  This is an action for damages brought by an individual consumer for defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices, and to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged.

II. JURISDICTION

2.  Jurisdiction of this court arises under 15 U.S.C. § 1692k, 28 U.S.C. §§ 1331 and 1337.

III. PARTIES

3.  Plaintiff, Anna Stone, is a natural person who resides in East Baton Rouge Parish and is a "consumer" as defined by 15 U.S.C. § 1692a(3).

4.  Defendant, Creditors Financial Group LLC (hereinafter referred to as "CFG" or "defendant") is a foreign corporation doing business in the state of Louisiana, whose registered agent for service of process in Colorado is Corporation Service Company, 1560 Broadway, Ste. 2090, Denver, CO 80202.  CFG, at all times relevant hereto, regularly attempted to collect debts

alleged to be due another and is a "debt collector" as defined under the FDCPA.

IV. FACTUAL ALLEGATIONS

5. On or after May 19, 2007, an employee of defendant spoke with Ms. Stone about a debt she allegedly owed on a credit card in the amount of approximately $13,000.00.

6. This debt arose from a credit card which was used for personal purposes.

7. During this conversation, defendant told Ms. Stone there was a" huge possibility" she would be sued on this alleged debt, if she did not settle it.

8. No suit has been filed against Ms. Stone for this alleged debt since that conversation.

9. They also told Ms. Stone this account would remain on her credit report until January 2015.

10. They told Ms. Stone she was "opening up yourself towards a judgment," because she would not commit to a payment arrangement.

11. The date of the last payment on this alleged debt was January 21, 2005.

12. These and other representations are false, deceptive and/or misleading..

**DEFENDANT'S PRACTICES**

13. Defendant violated numerous provisions of the FDCPA including but not limited to sections 1692e, 1692e(5), and 1692e(10).

14. Plaintiff has suffered actual damages and injury, including, but not limited to, stress, humiliation, anxiety, extreme mental anguish and suffering, emotional distress, for which she should be compensated in an amount to be proven at trial.

WHEREFORE, plaintiff respectfully requests that the Court grant the following relief

in her favor and against Defendant Creditors Financial Group LLC for:

    a.     Additional damages;

    b.     Actual damages;

    c.     Attorney fees, litigation expenses and costs; and

    d.     Such other and further relief as is appropriate.

A JURY TRIAL IS DEMANDED.

    s/Garth J. Ridge
**GARTH J. RIDGE**
Attorney for Plaintiff
Bar Roll Number: 20589
251 Florida Street, Suite 301
Baton Rouge, Louisiana 70801
Telephone Number: (225) 343-0700
Facsimile Number: (225) 343-7700
E-mail: GarthRidge@aol.com