**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ANNA STONE** | * |
| | * |
| **PLAINTIFF** | * |
| vs. | *   **CIVIL ACTION NO. 08-306-FJP-CN** |
| | * |
| **CREDITORS FINANCIAL GROUP LLC** | * |
| | * |
| **DEFENDANTS** | * |

## ORDER

THE FOREGOING NOTICE CONSIDERED, it is hereby ordered that this action is dismissed with prejudice.

Baton Rouge, Louisiana, June 26, 2008.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA